In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00117-CV

                                                ______________________________

 

 

TERRY
WILSON AND CASSANDRA WILSON, INDIVIDUALLY AND AS NEXT FRIENDS OF LARRY WILSON,
A MINOR, Appellants

 

                                                                V.

 

                  PHILIP SERVICES CORPORATION, ET AL., Appellees

 

 

                                                                                                  


 

 

                                        On Appeal from the 76th Judicial District Court

                                                              Titus County, Texas

                                                            Trial
Court No. 32,783

 

                                                                                                  


 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Terry and
Cassandra Wilson filed their notice of appeal December 28, 2009.  The clerk’s record was originally due on or
before January 29, 2010.  Although we
have granted two extensions of time, no clerk’s record has been filed, and
although we have been informed that the district clerk’s office has provided
appellants with information concerning the cost of the record, appellants have
not contacted the district clerk to pay for or to make arrangements to pay for
the clerk’s record in this case.

            On April 19,
2010, we contacted appellants by letter, giving them an opportunity to cure this
defect, and warning them that if we did not receive an adequate response within
ten days, this appeal would be subject to dismissal for want of
prosecution.  See Tex. R. App. P.
42.3(b), (c).

            We have received no communication from the appellants.  Pursuant to Tex.
R. App. P. 42.3(b), (c), we dismiss this appeal for want of
prosecution.

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          May
11, 2010  

Date Decided:             May
12, 2010